**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Torrey GRIFFIN, Defendant–Appellant.**

**No. 14–15314 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

July 14, 2015.

Adam W. Overstreet, Kenyen Ray Brown, George F. May, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Richard Earl Shields, Richard E. Shields, Esquire, Mobile, AL, for Defendant–Appellant.

Before HULL, ROSENBAUM and ANDERSON, Circuit Judges.

PER CURIAM:

Richard Shields, appointed counsel for Torrey Griffin, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire rec-

ord reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Griffin's conviction and sentence are **AFFIRMED.**